IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELWOOD G. TOWNSEND | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security | :<br><br>: | <br><br>NO. 08-1950 |

ORDER

AND NOW, this 26th day of January, 2009, upon consideration of the plaintiff's request for review and the defendant's response thereto and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's request for review is DENIED.

                                                  *s/Thomas N. O'Neill, Jr.*
                                              THOMAS N. O'NEILL, JR.,      J.